DICONZA TRAURIG KADISH LLP
630 Third Avenue
New York, New York 10017
Telephone:  (212) 682-4940
Facsimile:  (212) 682-4942
Gerard DiConza
Richard Milin
Email*:*   gdiconza@dtklawgroup.com
        rmilin@dtklawgroup.com

*Special Litigation Counsel for the Chapter 11 Trustee of the Soundview Debtors and the
Joint Liquidators of the Richcourt British Virgin Islands Funds*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
In re

SOUNDVIEW ELITE LTD., *et al.*,

Debtors.

Chapter 11
Case No. 13-13098 (REG)

(Jointly Administered)

-------------------------------------------------------------------------x
In re

RICHCOURT EURO STRATEGIES INC., *et al.*,

Debtors in Foreign Proceedings.

Chapter 15
Case No. 15-12273 (REG)

(Jointly Administered)

-------------------------------------------------------------------------x

## NOTICE OF APPEAL

1.      Pursuant to 28 U.S.C. § 158(a)(1), Appellants Corinne Ball, not

individually, but solely in her capacity as the Chapter 11 Trustee of the above-captioned chapter

11 debtors (the "**Soundview Debtors**"), and John Ayres and Matthew Wright, not individually,

but solely in their capacities as Joint Liquidators of the above-captioned chapter 15 debtors in

foreign proceedings (the "**BVI Debtors**," and, together with the Soundview Debtors, the

"**Debtors**"), through their special litigation counsel DiConza Traurig Kadish LLP, hereby file on

behalf of the Debtors this Notice of Appeal of this Court's Order Denying the Debtors' motion to Enforce the Automatic Stay and to Enjoin Prosecution by Pasig Ltd. and Roger and Julie Corman of Claims Belonging to the Debtors' Estates entered on December 28, 2015 [Docket No. 945] (the "**Order**").

   2.  A copy of the Order is attached hereto as <u>Exhibit A</u>.

   3.  The prescribed fee accompanies this Notice of Appeal.

   4.  The parties to the Order appealed from are Pasig Ltd., Roger Corman and Julie Corman.  They are represented by Kasowitz, Benson, Torres & Friedman LLP, 1633 Broadway, New York, New York, 10019, Attn:  Andrew K. Glenn, Esq. (Tel: (212) 506-1700).

Dated: December 29, 2015     DICONZA TRAURIG KADISH LLP
    New York, New York

              /s/ Gerard DiConza
              Gerard DiConza
              Richard K. Milin
              630 Third Avenue
              New York, New York  10017
              Telephone:  (212) 682-4940
              Email*:*  gdiconza@dtklawgroup.com
                  rmilin@dtklawgroup.com

              *Special Litigation Counsel for Plaintiffs the Chapter 11 Trustee of the Soundview Debtors and the Joint Liquidators of the Richcourt British Virgin Islands Funds*

**<u>EXHIBIT A</u>**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re                                                    Chapter 11

    SOUNDVIEW ELITE, LTD., *et al.*,            Case No. 13-13098 (REG)

               Debtors.        (Jointly Administered)

### ORDER DENYING THE DEBTORS' MOTION TO ENFORCE THE AUTOMATIC STAY AND TO ENJOIN PROSECUTION BY PASIG LTD. AND ROGER AND JULIE CORMAN OF CLAIMS BELONGING TO THE DEBTORS' ESTATES

This matter coming before the Court on the Debtors' Motion to Enforce the Automatic Stay and to Enjoin Prosecution by Pasig Ltd. and Roger and Julie Corman of Claims Belonging to the Estates [Docket No. 908] (the "**Motion**"); the Court having reviewed the Motion, the Objection of Pasig Ltd. to Debtors' Motion to Enforce the Automatic Stay and to Enjoin Prosecution by Pasig Ltd. and Roger and Julie Corman of Claims Belonging to the Debtors' Estates (Docket No. 914), and the Debtors' Reply in Support of Their Motion to Enforce the Automatic Stay and to Enjoin Prosecution by Pasig Ltd. and Roger and Julie Corman of Claims Belonging to the Debtors' Estate (Docket No. 919); and having considered the statements of counsel with respect to the Motion at a hearing before the Court on the Motion held on December 16, 2015 (the "**Hearing**"); and the Court having found that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and this is a core proceeding pursuant to 28 U.S.C. § 157;

IT IS HEREBY ORDERED THAT:

1.    For the reasons set forth on the record, the Motion is denied with respect to the Amended Complaint filed by Pasig Ltd., et al., on December 9, 2015.

2.      This Court shall retain jurisdiction to hear and determine all matters arising from

the implementation, interpretation or enforcement of this Order.


Dated: New York, New York                    _s/Robert E. Gerber_____
        December 28, 2015                    United States Bankruptcy Judge